FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2477-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony) |
| LUIS ALBERTO VALENZUELA-RUBIO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about June 25, 2008, within the Southern District of California, defendant LUIS ALBERTO VALENZUELA-RUBIO, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 19.94 kilograms (43.86 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 24, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
7/23/08